No. 78–1720. WORLDWIDE CHURCH OF GOD, INC., ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Sup. Ct. Cal. Motion of American Civil Liberties Union of Southern California et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 78–1739. PETTUS *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari. ■

No. 78–6760. MARTIN *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–6867. PATE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–1791. FIRST NATIONAL BANK OF COMMERCE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (SKOURAS, TRUSTEE, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–6772. BOGARD *v.* COOK, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–1801. FLORIDA *v.* MULLINS. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.